# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-CV-02299-CAS (SKx) <br> 2:20-CV-02250-CAS (SKx) | Date | December 30, 2020 |
| Title | JBF INTERLUDE 2009 LTD, ET AL. v. QUIBI HOLDINGS LLC, ET AL. <br> QUIBI HOLDINGS LLC, ET AL. v. INTERLUDE U.S., INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present                          Not Present

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION (Case No. 2:20-cv-02299 ECF No. 240; Case No. 2:20-cv-02250 ECF No. 86)

The Court has issued an order under seal addressing its November 5, 2020 order to show cause as to why a preliminary injunction should not issue. See Case No. 2299, No. 261. The parties are hereby directed to notify the Court of any proposed redactions to the sealed order on or before **January 8, 2021**.

The parties should attempt to agree on proposed redactions prior to notifying the Court. Any proposed redactions should be limited in scope to protect only proprietary and trade secret information, as contemplated by the stipulated protective order. See Case No. 2250, No. 57.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |