MICHAEL A. JACOBS (CA SBN 111664)
THOMAS J. PARDINI (CA SBN 313401)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mjacobs@mofo.com; tpardini@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
RYAN J. MALLOY (CA SBN 253512)
SOO J. PARK (CA SBN 300988)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
bfox@mofo.com; rmalloy@mofo.com;
spark@mofo.com

Attorneys for Plaintiff/Defendants
QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS,
LLC, QBI HOLDINGS, LLC, NEW QBI, LLC,
JEFFREY KATZENBERG, CLIFTON L. SMITH,
JR., JOSEPH BURFITT, ROBERT A. POST, JR.,
ERIC BUEHL, and BLAKE BARNES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUIBI HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERLUDE US, INC. d/b/a EKO; and JBF INTERLUDE 2009 LTD. – ISRAEL,<br><br>Defendants, | Case No.: 2:20-CV-02250-CAS-SK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>[Discovery Document: Referred to Magistrate Judge Steve Kim]<br><br>Judge: Hon. Steve Kim<br>Date: March 10, 2021<br>Time: 10:00 AM<br>Crtrm: 540 |

| | | |
|---|---|---|
| 1 | JBF INTERLUDE 2009 LTD and INTERLUDE U.S., INC., d/b/a EKO, | Case No.: 2:20-CV-02299-CAS-SK (CONSOLIDATED) |
| 2 | | |
| 3 | Plaintiffs, | Fact Discovery Cutoff: Sept. 14, 2021 |
| 4 | v. | Expert Discovery Cutoff: Jan. 11, 2022 |
| 5 | QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC BUEHL, AND JEFFREY KATZENBERG, | Pretrial Conference: March 28, 2022 |
| 6 | | |
| 7 | | Trial: April 19, 2022 |
| 8 | Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on March 10, 2021 or as soon thereafter as the matter may be heard, in Courtroom 540 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, California, the Honorable Steve Kim presiding, Quibi Holdings, LLC and the individual defendants ("Defendants") in accordance with Civil Local Rules 37-1 and 37-2, hereby move to compel JBF Interlude 2009 Ltd. and Interlude U.S., Inc. d/b/a Eko (collectively, "Eko") to withdraw their objections to Defendants' First Set of Requests for Production Nos. 14-16, 104, and 124, and produce all responsive documents within ten days.

The grounds for this motion are that Eko's objections and responses to Defendants' First Set of Requests for Production are not proper under the Federal Rules and do not warrant the withholding of responsive documents related to the merits of its claims and value of its alleged trade secret misappropriation and patent infringement claims, as explained in Defendants' portion of the accompanying Joint Stipulation.

This motion is made following several conferences of counsel pursuant to Local Rule 37-1, the last of which took place on January 26, 2021.

Dated: February 16, 2021

MORRISON & FOERSTER LLP

By: /s/ Benjamin J. Fox
Benjamin J. Fox

Attorneys for Plaintiff/Defendants QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, JEFFREY KATZENBERG, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., ERIC BUEHL, and BLAKE BARNES

1