UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUIBI HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERLUDE US, INC. d/b/a EKO; and JBF INTERLUDE 2009 LTD. – ISRAEL,<br><br>Defendants, | Case No.:  2:20-CV-02250-CAS-SK<br><br>**[PROPOSED] ORDER GRANTING QUIBI'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| JBF INTERLUDE 2009 LTD – ISRAEL, and INTERLUDE U.S., INC., d/b/a EKO,<br><br>Plaintiffs,<br><br>v.<br><br>QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC BUEHL, AND JEFFREY KATZENBERG,<br><br>Defendants. | Case No.: 2:20-CV-02299-CAS-SK (CONSOLIDATED) |

sf-4429711

On March 10, 2021, Quibi Holdings, LLC and individual defendants, in accordance with Civil Local Rules 37-1 and 37-2, moved to compel production of documents from JBF Interlude 2009 Ltd. and Interlude U.S., Inc. d/b/a Eko.

Based on the joint stipulation and all of the papers filed by the parties in connection with Defendants' motion, the parties' arguments at the hearing on this matter, and other matters of which the Court may properly take judicial notice,

**IT IS HEREBY ORDERED** that:

1. Eko's objections to Defendants' Request for Production Nos. 14-16, 104, and 124 are overruled; and

2. Eko shall produce all documents responsive to Defendants' Request for Production Nos. 14-16, 104, and 124 within ten days of the entry of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2021

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE

1

sf-4429711