MICHAEL A. JACOBS (CA SBN 111664)
THOMAS J. PARDINI (CA SBN 313401)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mjacobs@mofo.com; tpardini@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
RYAN J. MALLOY (CA SBN 253512)
SOO J. PARK (CA SBN 300988)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
bfox@mofo.com; rmalloy@mofo.com;
spark@mofo.com

Attorneys for Plaintiff/Defendants
QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS,
LLC, QBI HOLDINGS, LLC, NEW QBI, LLC,
JEFFREY KATZENBERG, CLIFTON L. SMITH,
JR., JOSEPH BURFITT, ROBERT A. POST, JR.,
ERIC BUEHL, and BLAKE BARNES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUIBI HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERLUDE US, INC. d/b/a EKO; and JBF INTERLUDE 2009 LTD. – ISRAEL,<br><br>Defendants, | Case No.: 2:20-CV-02250-CAS-SK<br><br>**DECLARATION OF BENAJAMIN J. FOX IN SUPPORT OF QUIBI'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Judge: Hon. Steve Kim<br>Date: March 10, 2021<br>Time: 10:00 AM<br>Crtrm: 540 |

| | | |
|---|---|---|
| 1 | JBF INTERLUDE 2009 LTD and INTERLUDE U.S., INC., d/b/a EKO, | Case No.: 2:20-CV-02299-CAS-SK (CONSOLIDATED) |
| 2 | | |
| 3 | Plaintiffs, | Fact Discovery Cutoff: Sept. 14, 2021 |
| 4 | v. | Expert Discovery Cutoff: Jan. 11, 2022 Pretrial Conference: March 28, 2022 |
| 5 | QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC BUEHL, AND JEFFREY KATZENBERG, | Trial: April 19, 2022 |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |

1      I, Benjamin J. Fox, declare as follows:

2      1.    I am a member of the bar of the State of California and a partner with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff/Defendant Quibi Holdings, LLC, QBI Holdings, LLC, New QBI, LLC, Jeffrey Katzenberg, Clifton L. Smith, Jr., Joseph Burfitt, Robert A. Post, Jr., Eric Buehl, and Blake Barnes and WndrCo Holdings, LLC in this action. I am admitted to practice before this Court.

2.    I submit this declaration in support of Quibi's Motion to Compel Production of Documents. My declaration is based on my personal knowledge. If called upon to do so, I could and would testify competently to this knowledge.

3.    Quibi sent Eko a letter on October 20, 2020 seeking proper responses to its Requests for Production. The parties held a meet and confer on November 12, 2020, and Eko supplemented its responses on November 17, 2020. Eko's supplemental responses remained deficient.

4.    Pursuant to this Court's Order instructing increased cooperation between the parties in light of the judicial emergency caused by the pandemic (2299 Dkt. 315 and 332), Quibi again tried to obtain proper responses and responsive productions. Quibi raised the issue by email on December 22, 2020, and held a meet and confer on December 23, 2020. Quibi followed up by email on December 23, 2020 and December 31, 2020. On January 8, 2021, Eko agreed to amend its responses to provide a timeline for Eko's production and expressly state that it is not withholding documents based on certain objections. Eko did not indicate it would withdraw its objections to requests for which it refused to produce documents.

5.    On January 15, 2021, Quibi sent Eko a letter, making a further attempt to obtain Eko's cooperation regarding Request for Production Nos. 11, 14-16, 42, 101, 104, and 124. Quibi explained in its letter why the Requests were relevant and offered modification to Nos. 14 and 15 as a compromise. Eko responded on

January 22, 2021 after a meet and confer on January 20, 2021, but did not withdraw its objections.

6.  The parties held a final meet and confer on January 26, 2021 and reached a compromise as to Request Nos. 11, 42, and 101.  Eko maintained relevance and privilege objections to Request Nos. 14-16, 104, and 124 despite Quibi's explanations.

7.  Quibi sought to obtain discovery related to Elliot Management's involvement with Eko in the litigation through other means without court intervention.  For instance, Quibi proposed the following ESI search term, designed to locate documents related to Requests for Production Nos. 14-16: "Elliott Management" OR *@elliott* OR (Elliott* w/50 (Paul* OR Singer* OR Jon* OR Pollock* OR Terry* OR Kassel*)).  During a meet and confer on January 11, 2021, Eko's counsel stated that it would not include this search term, or produce any documents responsive Request Nos. 14-16.

8.  Quibi has also sought discovery from Elliott Management and its executives Paul Singer and Terry Kassel, negotiating a subpoena return date of January 19, 2021.  Elliot filed a motion to quash in S.D.N.Y., and the motion was transferred to this district under Case No. 1:21-mc-0016.  Quibi's opposition to Elliott's motion is due on February 18, 2021.

9.  Attached as **Exhibit A** is a copy of an article by Benjamin Mullin and Corrie Driebusch, *Hedge Fund Elliott Management to Finance Lawsuit Against Streamer Quibi*, Wall Street Journal, May 4, 2020, https://www.wsj.com/articles/hedge-fund-elliott-management-to-finance-lawsuit-against-streamer-quibi-11588536108.

10. Attached as **Exhibit B** is a copy of an article by Dominic Patten, *Jeffrey Katzenberg's Quibi Cries "Shakedown" As Bossman Named As Defendant & New Claims Added in TurnStyle Tech Dispute*, Deadline, May 12, 2020,

2

https://deadline.com/2020/05/quibi-lawsuit-jeffrey-katzenberg-defendant-eko-turnstyle-1202932467.

11. Attached as **Exhibit C** is an excerpt from an article by Alex Thompson and Theodoric Meyer, *Biden economic pick takes fire from former employees*, Politico, December 2, 2020, https://www.politico.com/newsletters/transition-playbook/2020/12/02/biden-economic-pick-takes-fire-from-former-employees-491038.

12. Attached as **Exhibit D** is a letter from me to Eko's counsel Darryl Woo, dated October 20, 2020.

13. Attached as **Exhibit E** is an email exchange between my colleague Soo Park and counsel for Eko, dated December 22, 2020.

14. Attached as **Exhibit F** is an email exchange between Ms. Park and counsel for Eko, dated December 23, 2020.

15. Attached as **Exhibit G** is an email exchange between Ms. Park and counsel for Eko, dated December 31, 2020.

16. Attached as **Exhibit H** is an email exchange between Christie Larochelle and counsel for Quibi, dated January 8, 2021.

17. Attached as **Exhibit I** is a letter from me to Mr. Woo, dated January 15, 2021.

18. Attached as **Exhibit J** is a letter from Mr. Woo to me, dated January 22, 2021.

19. Attached as **Exhibit K** is an email exchange between Ms. Park and counsel for Eko, dated January 27, 2021.

20. Attached as **Exhibit L** is an email exchange between Ms. Park and counsel for Eko, dated January 4, 2021.

21. Attached as **Exhibit M** is an email exchange between Eko's counsel Elizabeth Low and counsel for Quibi, dated January 11, 2021.

22. Attached as **Exhibit N** is an email exchange between counsel for Quibi and counsel for Elliot, dated January 15, 2021.

23. Attached as **Exhibit O** is an article by Jon Shazar, *Paul Singer Is Sad To See Quibi Go*, DealBreaker, October 30, 2020, https://dealbreaker.com/2020/10/elliott-backed-company-seeks-quibi-money.

24. Attached as **Exhibit P** is an article by Todd Spangler, *Lawsuit Against Jeffrey Katzenberg's Quibi Being Funded by Hedge-Fund Giant Elliott Management*, Variety, May 4, 2020, https://variety.com/2020/digital/news/quibi-lawsuit-eko-elliott-management-jeffrey-katzenberg-1234596892/.

25. Attached as **Exhibit Q** is an article by Gaston Kroub, *Quibi's IP Quibble*, Above The Law, June 2, 2020, https://abovethelaw.com/legal-innovation-center/2020/06/02/quibis-ip-quibble/.

26. Attached as **Exhibit R** is are minutes of the Telephonic Scheduling Conference with the Court, dated July 27, 2020 per Local Rule 37-2.1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2021, at Los Angeles, California.

*/s/ Benjamin J. Fox*
Benjamin J. Fox

sf-4416099