MICHAEL A. JACOBS (CA SBN 111664)
THOMAS J. PARDINI (CA SBN 313401)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mjacobs@mofo.com; tpardini@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
RYAN J. MALLOY (CA SBN 253512)
SOO J. PARK (CA SBN 300988)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
bfox@mofo.com; rmalloy@mofo.com;
spark@mofo.com

Attorneys for Plaintiff/Defendants
QUIBI HOLDINGS, LLC, WNDRCO
HOLDINGS, LLC, QBI HOLDINGS, LLC,
NEW QBI, LLC, JEFFREY KATZENBERG,
CLIFTON L. SMITH, JR., JOSEPH
BURFITT, ROBERT A. POST, JR., ERIC
BUEHL, and BLAKE BARNES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUIBI HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERLUDE US, INC. d/b/a EKO; and JBF INTERLUDE 2009 LTD. – ISRAEL,<br><br>Defendants, | Case No.: 2:20-CV-02250-CAS-SK<br><br>**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF QUIBI'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Judge: Hon. Christina A. Snyder<br>Date: March 29, 2021<br>Time: 10:00 AM<br>Crtrm: 8D |

sf-4430784

| | | |
|---|---|---|
| 1 | JBF INTERLUDE 2009 LTD and INTERLUDE U.S., INC., d/b/a EKO, | Case No.: 2:20-CV-02299-CAS-SK (CONSOLIDATED) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC BUEHL, AND JEFFREY KATZENBERG, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |

sf-4430784

I, Michael A. Jacobs, declare as follows:

1. I am a member of the bar of the State of California and a partner with the law firm of Morrison & Foerster LLP, counsel of record for Quibi Holdings, LLC in this action. I am admitted to practice before this Court.

2. I submit this declaration in support of Quibi's Responsive Claim Construction Brief. My declaration is based on my personal knowledge. If called upon to do so, I could and would testify competently to this knowledge.

3. Attached hereto as Exhibit 1 are excerpts of a copy of the file history of United States Patent No. 10,460,765.

4. Attached hereto as Exhibit 2 is a copy of pages 438 and 451 of the *Microsoft Computer Dictionary* (5th ed., Microsoft Press, 2002), produced in this litigation with Bates numbers QUIBI_0008820 to QUIBI_0008823.

5. Attached hereto as Exhibit 3 is a copy of the definition of "resize" from the Oxford English Dictionary Online (Oxford University Press), available at https://www.oed.com/view/Entry/246369, produced in this litigation with Bates numbers QUIBI_0008825 to QUIBI_0008827.

6. Attached hereto as Exhibit 4 is an email chain between counsel for Quibi and counsel for Eko dated February 10, 2021.

7. Attached hereto as Exhibit 5 is a copy of U.S. Patent Application No. 13/033,916 (Publication No. US 2011/0200116 A1).

8. Attached hereto as Exhibit 6 is a copy of U.S. Patent Application No. 13/384,225 (Publication No. US 2012/0147954 A1).

9. Attached hereto as Exhibit 7 is a copy of the Wikipedia entry for "Window (computing)," available at https://en.wikipedia.org/wiki/Window (computing) (visited December 3, 2020), produced in this litigation with Bates numbers QUIBI_0008865 to QUIBI_0008868.

sf-4430784

10. Attached hereto as Exhibit 8 is a copy of the definition of "range" from the Oxford English Dictionary, produced in this litigation with Bates numbers QUIBI_0008828 to QUIBI_0008857.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 18, 2021, at Tiburon, California.

                    */s/ Michael A. Jacobs*
                    Michael A. Jacobs