# EXHIBIT 2

**Microsoft**

# Computer Dictionary

## Fifth Edition



**EXHIBIT 2**
**PAGE 130**

QUIBI_0008820

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
        p. ; cm.
    ISBN 0-7356-1495-4
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

  AQ76.5. M52267   2002
  004'.03--dc21                                                   2002019714

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QWT   7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further informa-
tion about international editions, contact your local Microsoft Corporation office or contact Microsoft
Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress.
Send comments to mspinput@microsoft.com.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode,
BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic,
DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye,
IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS,
MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio,
Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio,
Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or
trademarks of Microsoft Corporation in the United States and/or other countries. Other product and
company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places,
and events depicted herein are fictitious. No association with any real company, organization, product,
domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

**EXHIBIT 2**
**PAGE 131**

QUIBI_0008821

This material may be protected by Copyright law (Title 17 U.S. Code)

more efficiently, such as Windows 9x, Windows NT, and OS/2, RAM compression is generally used only on older PCs. *See also* compression, RAM, Windows.

**RAMDAC** *n.* Acronym for **r**andom **a**ccess **m**emory digital-to-analog converter. A chip built into some VGA and SVGA video adapters that translates the digital representation of a pixel into the analog information needed by the monitor to display it. The presence of a RAMDAC chip generally enhances overall video performance. *See also* SVGA, VGA.

**RAM disk** *n.* Short for random access memory **disk.** A simulated disk drive whose data is actually stored in RAM memory. A special program allows the operating system to read from and write to the simulated device as if it were a disk drive. RAM disks are extremely fast, but they require that system memory be given up for their use. Also, RAM disks usually use volatile memory, so the data stored on them disappears when power is turned off. Many portables offer RAM disks that use battery-backed CMOS RAM to avoid this problem. *See also* CMOS RAM. *Compare* disk cache.

**RAM refresh** *n. See* refresh (definition 2).

**RAM resident** *adj. See* memory-resident.

**RAM-resident program** *n. See* terminate-and-stay-resident program.

**random** *adj.* Specifically, a reference to an arbitrary or unpredictable situation or event. The term is also given an extended, pejorative or semi-pejorative meaning, however, in which it is used in the sense of *nonspecific, incoherent, poorly organized, loser,* and so on.

**random access** *n.* The ability of a computer to find and go directly to a particular storage location without having to search sequentially from the beginning location. The human equivalent of random access would be the ability to find a desired address in an address book without having to proceed sequentially through all the addresses. A computer's semiconductor memory (both RAM and ROM) provides random access. Certain types of files stored on disk under some operating systems also allow random access. Such files are best used for data in which each record has no intrinsic relationship to what comes physically before or after it, as in a client list or an inventory. *Also called:* direct access. *See also* RAM, ROM (definition 2). *Compare* indexed sequential access method, sequential access.

**random access memory** *n. See* RAM.

**random noise** *n.* A signal in which there is no relationship between amplitude and time and in which many frequencies occur randomly, without pattern or predictability.

**random number generation** *n.* Production of an unpredictable sequence of numbers in which no number is any more likely to occur at a given time or place in the sequence than any other. Truly random number generation is generally viewed as impossible. The process used in computers would be more properly called "pseudorandom number generation."

**range** *n.* **1.** A block of cells selected for similar treatment in a spreadsheet. A range of cells can extend across a row, down a column, or over a combination of the two, but all cells in the range must be contiguous, sharing at least one common border. Ranges allow the user to affect many cells with a single command—for example, to format them similarly, enter the same data into all of them, give them a name in common and treat them as a unit, or select and incorporate them into a formula. **2.** In more general usage, the spread between specified low and high values. Range checking is an important method of validating data entered into an application.

**range check** *n.* In programming, a limit check of both the upper and lower limits of a value, thus determining whether the value lies within an acceptable range. *See also* limit check.

**RAPI** *n. See* Remote Application Programming Interface.

**RARP** *n.* Acronym for **R**everse **A**ddress **R**esolution **P**rotocol. A TCP/IP protocol for determining the IP address (or logical address) of a node on a local area network connected to the Internet, when only the hardware address (or physical address) is known. While RARP refers only to finding the IP address and ARP technically refers to the opposite procedure, ARP is commonly used for both senses. *See also* ARP.

**RAS** *n.* **1.** *See* remote access server, Remote Access Service. **2.** Acronym for **r**eliability, **a**vailability, **s**erviceability. *See* high availability.

**raster** *n.* A rectangular pattern of lines; on a video display, the horizontal scan lines from which the term *raster scan* is derived.

**raster display** *n.* A video monitor (typically a CRT) that displays an image on the screen as a series of horizontal

EXHIBIT 2
PAGE 132

QUIBI_0008822

electricity well and are called *conductors*. Substances with very high resistance, such as glass and rubber, conduct electricity poorly and are called *nonconductors* or *insulators*.

**resistor** *n.* A circuit component designed to provide a specific amount of resistance to current flow.

**resize** *vb.* To make an object or space larger or smaller. *Also called:* scale.

**resolution** *n.* 1. The fineness of detail attained by a printer or a monitor in producing an image. For printers that form characters from small, closely spaced dots, resolution is measured in dots per inch, or dpi, and ranges from about 125 dpi for low-quality dot-matrix printers to about 600 dpi for some laser and ink-jet printers (typesetting equipment can print at resolutions of over 1000 dpi). For a video display, the number of pixels is determined by the graphics mode and video adapter, but the size of the display depends on the size and adjustment of the monitor; hence the resolution of a video display is taken as the total number of pixels displayed horizontally and vertically. *See also* high resolution, low resolution. 2. The process of translation between a domain name address and an IP address. *See also* DNS, IP address.

**resolve** *vb.* 1. To match one piece of information to another in a database or lookup table. 2. To find a setting in which no hardware conflicts occur. 3. To convert a logical address to a physical address or vice versa. 4. To convert an Internet domain name to its corresponding IP address. *See also* DNS, IP address.

**resource** *n.* 1. Any part of a computer system or a network, such as a disk drive, printer, or memory, that can be allotted to a program or a process while it is running. 2. An item of data or code that can be used by more than one program or in more than one place in a program, such as a dialog box, a sound effect, or a font in a windowing environment. Many features in a program can be altered by adding or replacing resources without the necessity of recompiling the program from source code. Resources can also be copied and pasted from one program into another, typically by a specialized utility program called a *resource editor*. 3. Any nonexecutable data that is logically deployed with an application. A resource might be displayed in an application as error messages or as part of the user interface. Resources can contain data in a number of forms, including strings, images, and persisted objects.

**resource allocation** *n.* The process of distributing a computer system's facilities to different components of a job in order to perform the job.

**resource data** *n.* The data structures, templates, definition procedures, management routines, icon maps, and so forth associated with a particular resource, such as a menu, window, or dialog box. *See also* resource (definition 2), resource fork.

**Resource Description Framework** *n.* A specification developed by the World Wide Web Consortium (W3C) to define a flexible infrastructure for organizing and managing metadata (data about data) across the Web and the Internet. The Resource Description Framework is intended to provide a framework based on XML (eXtensible Markup Language) that can standardize the way applications exchange metadata (or metacontent). Possible uses include search engines, content rating systems, and other areas in which exchange of information about data is valuable. *Acronym:* RDF. *See also* XML.

**resource file** *n.* A file that consists of resource data and the resource map that indexes it. *See also* resource (definition 2), resource fork.

**resource fork** *n.* One of the two forks of an Apple Macintosh file (the other being the *data fork*). The resource fork of a program file contains reusable items of information that the program can use during the course of execution, such as fonts, icons, windows, dialog boxes, menus, and the program code itself. A user-created document typically stores its data in the data fork, but it can also use its resource fork for storing items that might be used more than once in the document. For example, in a HyperCard stack, the data that constitutes each card, or record, in the stack is stored in the data fork; digitized sounds and icons that might be used more than once are stored in the resource fork. The use of such resources makes program development easier because resources can be developed and altered independently of the program code. *See also* HyperCard, resource (definition 2). *Compare* data fork.

**resource ID** *n.* A number that identifies a particular resource within a given resource type on the Apple Macintosh—for example, a particular menu among many resources of type MENU that a program might use. *See also* resource (definition 2).

**Resource Reservation Setup Protocol** *n.* A communications protocol designed to allow for "bandwidth on demand." A remote receiver requests that a certain amount

EXHIBIT 2
PAGE 133

QUIBI_0008823