# EXHIBIT 3

# Oxford English Dictionary | The definitive record of the English language

## resize, v.

**Pronunciation:** Brit. /ˌriːˈsʌɪz/, U.S. /riˈsaɪz/
**Frequency (in current use):**
**Origin:** Formed within English, by derivation. **Etymons:** RE- *prefix*, SIZE *v.*¹
**Etymology:** < RE- *prefix* + SIZE *v.*¹

### I. General uses.

**1.** *transitive.* Originally and chiefly *U.S.* To alter the size of; to make larger or smaller.

- 1827 *Painter's, Gilder's, & Varnisher's Man.* 155   In cases of accident, it is seldom necessary to re-size the damaged places, unless they are considerable.
- 1890 J. WATERHOUSE *Pract. Notes Prep. Drawings* iii. 41   Damaged paper may be made fit for use by resizing it.
- 1930 *Los Angeles Times* 20 Apr. III. 8/5 (*advt.*)   Bureau of mending and re-weaving... Bathing suits are re-sized or made sun-back.
- 1994 S. PINKER *Lang. Instinct* xi. 366   The jaw-dropping additional suggestion that a single mutation in a single woman, African Eve, simultaneously wired in syntax, resized and reshaped the skull.
- 2008 *Irish Times* (Nexis) 27 Oct. (Price Watch section) 15   The ring can't be resized but if it doesn't fit your fingers then you're too old to put it on.

### II. Specific uses.

**2.** *transitive. Firearms.* To restore (a misshapen cartridge case) to its previous size and shape. Cf. RESIZER *n.*

- 1879 *Ann. Rep. Secretary of War* **1** 139   It was found, contrary to the anticipations of the board, that those most frequently resized outlasted the others.
- 1916 *Handbk. 2.95-inch Mountain Gun Matériel* (U.S. Ordnance Dept.) 26   If the cartridge cases have been properly resized and are clean, no difficulty should be experienced in inserting them in the gun.
- 1970 R. A. STEINDLER *Firearms Dict.* 231/2   Shotshell hulls are resized full length at all times, the resizing including the brass head of the hull.
- 2006 S. FADALA *Compl. Blackpowder Handbk.* xiv. 127/2   The basics of blackpowder cartridge loading follow modern cartridge loading procedure—decapping to remove the fired primer; resizing the case to near original dimensions, installing a fresh primer.

**3.** *transitive. Business.* To alter (usually by reduction) the size of (a business operation or company) in order to accommodate changing demands, staffing requirements, etc. Also (*euphemistic*): to dismiss (a person) from employment; to make redundant (cf. DOWNSIZE *v.*). Also *intransitive.*

EXHIBIT 3
PAGE 134

QUIBI_0008825

- 1975 *Aviation Week & Space Technol.* 28 July 52/1 The program is now being resized for many of the narrow-body aircraft.
- 1982 *N.Y. Times* 5 Feb. D2/5 'We're resizing about 1,000 people in both plants,' he asserted, referring to forthcoming lay offs.
- 1987 *Personnel Psychol.* **40** 193 Organizations choose to resize so they can (1) better achieve their current and prospective goals, (2) reduce personnel costs.
- 1999 *New Yorker* 9 Aug. 79/1 While people do occasionally get fired, they are more likely to be downsized, right-sized, resized, outplaced, [etc.].
- 2008 *Globe & Mail (*Toronto*)* (Nexis) 2 Apr. B1 The new leadership of the investment bank will further focus on resizing the business in accordance with the current market opportunities.

**4.** *transitive* and *intransitive. Computing.* To alter the size of (an image or window on the screen).

- 1983 *InfoWorld* 21 Nov. 32/1 Users can move, resize and sometimes stack windows in order to focus on one document while referring to others.
- 1990 *Micro Decision* Feb. 32/1 When a window containing a Chart graph is resized the graph is resized with it so that it can still be seen.
- 1998 *Daily Tel.* 8 Oct. (Connected section) 12/4 Once it's in place, use the mouse to re-size the image by clicking on the corners of the outline box.
- 1999 R. STANLEY *Compl. Idiot's Guide to Adobe Photoshop 5* vii. 87 (*heading*) Did you resample or resize?
- 2007 *XXL Worldwide* May 111/1 Among its innovative characteristics are the new Blog Mode, which automatically resizes pix for posting online.

---

**DERIVATIVES**

**re·sizable** *adj.*

- 1964 *Wall St. Jrnl.* 14 Apr. 8/5 (*advt.*) They're suitable for any conventional shaft material or hardness. Have improved anti-seizure properties. High heat conductivity. And they're resizable.
- 2003 P. SHEEHAN *Enterprise Curl* iii. 30 You can..specify the window's title, whether the window is to be centered on the screen, and even if the window is resizable or not.

**re·sized** *adj.*

- 1879 *Forest & Stream* 2 Oct. 687/2 His list of 'all the extras' omits two of the most important required to properly re-load shells for a rifle, viz., a re-sizing die and punch for driving out resized shells.
- 2004 *Houston (*Texas*) Chron.* (3 Star ed.) (Nexis) 6 July (Business section) 4 Outlook Express will not remember a maximized window. It will, however, remember a resized window.
EXHIBIT 3
PAGE 135

QUIBI_0008826

This is a new entry (OED Third Edition, March 2010).

Copyright © 2020 Oxford University Press. All rights reserved.

**EXHIBIT 3**
**PAGE 136**

QUIBI_0008827