# EXHIBIT 4

**Pardini, Thomas Julian**

| | |
|---|---|
| **From:** | Woo, Darryl M <DWoo@goodwinlaw.com> |
| **Sent:** | Friday, February 12, 2021 6:05 PM |
| **To:** | Malloy, Ryan J.; Chatterjee, Neel; Chang, Cindy; Low, Elizabeth J.; Larochelle, Christie; DG-JBF v Quibi |
| **Cc:** | Jacobs, Michael A.; Fox, Benjamin J. (LA Litigation); Park, Soo J.; Pardini, Thomas Julian; Richard Stark; dmarriott@cravath.com |
| **Subject:** | RE: eko v. Quibi -- Construction of "Range" |

**External Email**

As you know from our brief, "range" should be given its plain and ordinary meaning. Our construction and position are sufficiently clear in our brief, but if Defendants think "plurality" adds something, you can address that in your brief.

**From:** Malloy, Ryan J. <RMalloy@mofo.com>
**Sent:** Friday, February 12, 2021 4:41 PM
**To:** Chatterjee, Neel <NChatterjee@goodwinlaw.com>; Woo, Darryl M <DWoo@goodwinlaw.com>; Chang, Cindy <CindyChang@goodwinlaw.com>; Low, Elizabeth J. <ELow@goodwinlaw.com>; Larochelle, Christie <CLarochelle@goodwinlaw.com>; DG-JBF v Quibi <DG-JBFvQuibi@goodwinlaw.com>
**Cc:** Jacobs, Michael A. <MJacobs@mofo.com>; Fox, Benjamin J. (LA Litigation) <Bfox@mofo.com>; Park, Soo J. <SPark@mofo.com>; Pardini, Thomas Julian <TPardini@mofo.com>; Richard Stark <RStark@cravath.com>; dmarriott@cravath.com
**Subject:** RE: eko v. Quibi -- Construction of "Range"

Counsel,

We have not heard from you in response to our email below. Please provide eko's position today.

Regards,

Ryan

**RYAN MALLOY**
Partner | Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
P: +1 (213) 892-5482
mofo.com | LinkedIn | Twitter

**From:** Malloy, Ryan J.
**Sent:** Wednesday, February 10, 2021 8:26 PM
**To:** Chatterjee, Neel <NChatterjee@goodwinlaw.com>; Woo, Darryl M <DWoo@goodwinlaw.com>; Chang, Cindy <CindyChang@goodwinlaw.com>; Low, Elizabeth J. <ELow@goodwinlaw.com>; Larochelle, Christie <CLarochelle@goodwinlaw.com>; DG-JBF v Quibi <DG-JBFvQuibi@goodwinlaw.com>
**Cc:** Jacobs, Michael A. <MJacobs@mofo.com>; Fox, Benjamin J. (LA Litigation) <Bfox@mofo.com>; Park, Soo J. <SPark@mofo.com>; Pardini, Thomas Julian <TPardini@mofo.com>; Richard Stark <RStark@cravath.com>;

EXHIBIT 4
PAGE 137

dmarriott@cravath.com
**Subject:** eko v. Quibi -- Construction of "Range"

Counsel,

Eko's opening claim construction brief provides the following proposed construction of "range": "a set of possible values." As we prepare our responsive brief, we'd like to be sure we understand the scope of the disagreement between us. Your brief is explicit that you disagree with our proposed requirement of "between upper and lower limits" but says nothing about our employment of "plurality" in our construction.

Please provide eko's position on whether the word "set" in its construction requires a plurality of possible values by no later than February 12.

Regards,

Ryan

**RYAN MALLOY**
Partner | Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
**P:** +1 (213) 892-5482
mofo.com | LinkedIn | Twitter

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.


************************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
************************************************************************