# EXHIBIT A

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

| | |
|---|---|
| **Summary** | An executive with a broad spectrum of leadership, management, technology, operations and business experience. <br>• Founded Media Strategies and Solutions, LLC, a media and entertainment consultancy whose clients include content producers, distributors and technology companies.<br>• Serves as an expert witness. Numerous patent and copyright cases. Numerous reports and declarations. Deposed and testified numerous times.<br>• Led Hollywood industry's efforts to facilitate a smooth digital transition, working with content producers, distributors, technology companies, advocacy groups and governments.<br>• Worked closely with the six major motion picture studios to advance movie and television producer's interests in various technology-related capacities, including content protection license negotiation, license enforcement, industry relations, government relations, pro-technology public outreach and standardization. Expanded such initiatives internationally into Europe, Latin America, Asia-Pacific and, specifically, into China.<br>• Led business startup of DIRECTV Japan, the fastest full-scale Direct Broadcast Satellite startup in history.<br>• Led the launch team for the first U.S. nationwide HDTV service.<br>• Formed and led DIRECTV set-top box development team.<br>• Managed up to 300 employees and up to 70 development engineers.<br>• Managed a $20M/year research and development budget.<br>• Holds fifteen (15) US Patents plus numerous foreign patents *(see attachment for details)*.<br>• Has won six (6) Technology and Engineering and Advanced Media Technology Emmy Awards as part of various engineering teams *(see attachment)*.<br>• Prolific public speaker and author able to communicate complex ideas in understandable terms having delivered over fifty addresses on five continents.<br>• Well-rounded systems engineer with strong background in hardware, software, and chip design.<br>• Member of Board of Directors, Mastermedia International. |
| **Education** | ▪ MS, Electrical Engineering, California State University, Long Beach.<br>▪ BS, Engineering, University of California, Los Angeles. |

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

| | |
|---|---|
| **Professional experience** | 2010 – present        Media Strategies and Solutions, LLC<br><br>- **President & Founder**<br><br>Founded a consultancy to bridge the traditional divide between technology providers and major media producers, helping each to understand and work well with the other. Clients include content producers and distributors, security technology providers, computer/information technology providers, consumer electronics companies, mobile and semiconductor companies and Internet infrastructure providers.  My consultancy works with clients to define and implement new media distribution and product strategies with special focus on technology, business, copyright protection and regulatory matters. A foundational objective is lowering legal, technical and business risk for my clients.  I also serve as an expert witness.<br><br>2002 – 2010        Motion Picture Association of America, Inc.<br><br>- **Senior Vice President & Chief Technology Officer (2007 – 2010)**<br><br>Led the Office of Technology for the Motion Picture Association of America, Inc. (MPAA) in its efforts to facilitate a smooth digital transition that provides consumers new ways to enjoy Hollywood content when, where and how they want.  Worked closely with the six major motion picture studios to advance movie and television producer's interests throughout the world in various capacities, including content protection license negotiation, license enforcement, industry relations, government relations and standardization.  Worked closely with other departments to align technology activities with the overall priorities of the MPAA.<br><br>- **Vice President, Television & Video Systems (2002-2007)**<br><br>Led motion picture industry participation in a broad range of television and video engineering standards-setting activities.  Worked proactively with the consumer electronics and computer industries to safeguard motion picture and television content in future products.  Spot checked products as they entered the market to ensure that they fulfilled legal and contractual commitments.  Supported lobbying and regulatory activities throughout the world.  Led all international technology initiatives of the MPAA's international counterpart, the Motion Picture Association (MPA).<br><br>2001 – 2002        Independent Consultant<br><br>Performed strategic planning, systems engineering and program management in digital television, digital entertainment and digital rights management on a key project for a leading conditional access system provider.<br><br>1995 – 2001        DIRECTV, Inc. (GM Hughes)<br><br>- **Director, Product Development (1999-2001)** |

- 2 -

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

Formed and led DIRECTV's first receiver development team.
- Hired & managed a multi-disciplined team of 70 engineers.
- Managed a $20M/yr research and development budget.
- Established design processes and support infrastructure.
- Formed external relationships and managed contracts.

- **Director, HDTV Program (1998-1999)**

    Launched first nationwide HDTV service.
    - Directed all HDTV start of service activities of DIRECTV.
    - Built cross-functional team from engineering, broadcast operations, sales, programming, customer service, IT, finance, legal and public relations.
    - Rolled out high definition channels and receivers on budget and on schedule.

- **Director, DIRECTV Japan Enterprise Startup Team (1997-1998)**

    Launched DIRECTV Japan (DTVJ), the fastest full-scale Direct Broadcast Satellite (DBS) business startup in history.
    - Reported to the Chairman of DTVJ acting as COO during startup.
    - Directed day-to-day activities/priorities of the 300+ person company.
    - Formed business launch team from key Japanese senior managers and U.S. experts from Corporate Planning, Sales, Programming, Finance, Engineering, Operations, IT, and Customer Service departments.
    - Launched service on December 1, 1997, beating expectations.
    - Directed operations of company for first 2 months of service.

- **Director/Sr.Manager, Multi-user Systems (1995-1997)**

    Formed, hired and led engineering team within DIRECTV to address the apartment, condominium, hotel, and airborne markets.

**1982 – 1995        GM Hughes Electronics**

- **Manager/Sr. Staff Engineer, Display Systems Laboratory (1991-1995)**

    Led R&D activities in multimedia technologies for entertainment, security, financial, medical, and command and control business initiatives.
    - Developed real-time image compression and processing technologies.
    - Performed research on Digital Cinema and HDTV display systems.
    - Developed digital video solutions for in-flight entertainment (IFE) & founded/chaired an IFE standards committee to transition IFE to digital movies.
    - International Standards – Led US delegation to JBIG. Participated in MPEG and JPEG. Founding member of Digital Audio-Visual Council (DAVIC).

- **MTS, Staff & Sr. Staff        Naval & Maritime Systems (1982-1991)**

    Developed from a prolific hardware, software, and chip designer into a well-rounded systems engineer.
    - Performed several hardware designs for sonar array test set, naval display systems, and air traffic control display systems.  Most designs were error free.

- 3 -

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA 92886
jimwilliams@mediasands.com
+1-818-633-5181

---

| | |
|---|---|
| | • Developed a high performance, computer graphics rendering ASIC.<br>• Performed high-level language coding, assembly language coding and machine language coding for several projects.<br>• Managed groups of hardware, software and test engineers and proposal teams. |

## Patents, awards and publications attachment

| | |
|---|---|
| **Patents** | 1. US Patent 5,557,298. Method for receiving a video window's boundary coordinates to partition a video signal and compress it's components. Awarded 9/17/1996.<br><br>2. US Patent 5,790,175. Aircraft Satellite Television System for Distributing Television Programming Derived from Direct Broadcast Satellite. Awarded 8/4/1998.<br><br>3. US Patent 5,926,611. High resolution digital recorder and method using lossy and lossless compression technique. Awarded 7/20/1999.<br><br>4. US Patent 5,970,386. Transmodulated Broadcast Delivery System for Use in Multiple Dwelling Units. Awarded 10/19/1999.<br><br>5. US Patent 6,005,620. Statistical Multiplexer for Live and Pre-Compressed Video. Awarded 12/21/1999.<br><br>6. US Patent 6,100,853. Receiver/Transmitter System Including a Planar Waveguide-to-stripline adapter. Awarded 8/8/2000.<br><br>7. US Patent 6,134,419. Transmodulated Broadcast Delivery System for Use in Multiple Dwelling Units. Awarded 10/17/2000.<br><br>8. US Patent 6,188,436. Video Broadcast System with Video Data Shifting. Awarded 2/13/2001.<br><br>9. US Patent 6,216,250. Error encoding method and apparatus for satellite and cable signals. Awarded 4/10/2001.<br><br>10. US Patent 6,493,873. Transmodulator with dynamically selectable channels. Awarded 12/10/2002.<br><br>11. US Patent 7,047,029. Adaptive transmission system. Awarded 5/16/2006.<br><br>12. US Patent 7,450,930. Digital rights management using a triangulating geographic locating device. Awarded 11/11/2008.<br><br>13. US Patent 7,454,019. System and Method for controlling display of Copy-Never content. Awarded 11/18/2008.<br><br>14. US Patent 7,512,987. Adaptive digital rights management system for plural device domains. Awarded 3/31/2009.<br><br>15. US Patent 7,676,219. Digital rights management using a triangulating geographic locating device. Awarded 3/9/2010.<br><br>16. – on. Numerous foreign patents. |

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

| **Patents, awards and publications attachment (continued)** ||
|---|---|
| **Awards** | 1. Hughes Electronics Corporate Patent Award 1996 for Transmodulator patents.<br>2. Hughes Electronics Corporate Patent Award 1999 for various patents.<br>3. Hughes Electronics Corporate Patent Award 2000 for Statistical Multiplex patent.<br>4. Several Hughes Achievement, Superior Performance, Outstanding Contribution and Outstanding Team Contribution awards.<br>5. Technology and Engineering Emmy Award for "Pioneering Development of Direct to Home Digital Satellite Broadcasting", DIRECTV, 1995.<br>6. Technology and Engineering Emmy Award for "Standardization of JPEG, MPEG 1 and MPEG 2", ISO and IEC, 1996.<br>7. Technology and Engineering Emmy Award for "Pioneering Application of SMPTE 270 Mb/s Technology to Large Scale Television Facilities", DIRECTV, 1997.<br>8. Technology and Engineering Emmy Award for "Preprocessing of baseband video for digital compressed transmission system to deliver pictures with maximum subjective quality and minimum bit rates", DIRECTV, 2000.<br>9. Technology and Engineering Emmy Award for "Pioneering Efforts in the Development of Spot Beam Satellites for Distribution of Local Broadcast Channels Directly to Home Receivers", DIRECTV, 2004.<br>10. Advanced Media Technology Emmy Award for "Closed Caption Standardization", CEA, National Academy of Television Arts and Sciences, Outstanding Achievement in Technical/Engineering Development Award, 2005. |
| **Publications / speaking engage-ments (selected)** | 1. "Tactical Sensor Data Compression for Military Multimedia Systems", AIAA Conf., San Diego, October 1993.<br>2. "Airborne Satellite Television", Avion magazine, Fourth Quarter, 1994, pp 43-54.<br>3. "The In-flight Entertainment Revolution", Indian Sub-Continent Aircraft Technology & Maintenance Conference, Bombay, June 1995.<br>4. "HDTV on the DIRECTV Platform", SMPTE/USC Seminar - Production and Display Technologies for Advanced Television, Los Angeles, May 1998.<br>5. "HDTV Rollout: Technical Hurdles", DBS Summit, Denver, June 1998.<br>6. "HDTV on DIRECTV", SBCA Distributor Forum, Nashville, July 1998.<br>7. "DBS Opportunities for China", State Administration for Radio, Film, and Television (SARFT) conference, Beijing, June 1999.<br>8. "MPAA Views on Secure Home Networking", ITU Home Services and Home Networking workshop, Tokyo, June 2004. |

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

## Patents, awards and publications attachment (continued)

| | |
|---|---|
| **Publications** (selected, continued) | 9. "Deploying a Viable Digital Television System", SET (Brazilian Society of Television and Telecommunications Engineering) Conference, Sao Paulo, August 2004. |
| | 10. "Content Interoperability on Secure Home Networks", Digital Hollywood, Santa Monica, September 2004. |
| | 11. "MPAA Views on TelcoTV Content Protection", TelcoTV 2004, Orlando, November 2004. |
| | 12. "DVB Content Protection and Copy Management", DVB World 2005, Dublin, March 2005. |
| | 13. "Content Owner's Views on Digital Cable Ready Products and Secure Home Networking", The National Show (NCTA), San Francisco, April 2005. |
| | 14. "Managing Rights in a Digital Home", Connections Conference, San Francisco, May 2005. |
| | 15. "Protecting Digital Broadcast Content from Unauthorized Redistribution", BroadcastAsia 2005, Singapore, June 2005. |
| | 16. "Preserving the Viability of Digital Broadcast TV", Asia-Pacific Broadcasting Union (ABU) Technical Review, No. 219 July-August 2005, pp 14-21. |
| | 17. "Challenges in Content Protection", IBC, Amsterdam, September 2005. |
| | 18. "Hollywood Views on Enabling Content Interoperability in the Digital Home", Digital Home Developer's Conference, Taipei, September 2005. |
| | 19. "Preserving the Viability of Digital Broadcast TV", ABU 1st Annual International DTV Symposium, Kuala Lumpur, October 2005. |
| | 20. "Content Copyright and Broadcast Legislation", ABU 1st Annual International DTV Symposium, Kuala Lumpur, October 2005. |
| | 21. "Protecting Movies and TV: Traditional and New Media", 12th Shanghai TV Festival, Magnolia International Forum, People's Republic of China, June 2006 |
| | 22. "Worldwide Content Protection Systems (including DVB CPCM)", Broadcast Asia, Singapore, June 2006. |
| | 23. "The Entertainment Experience", Digital Living Conference, Singapore, June 2006. |
| | 24. "Worldwide Content Protection Systems – A Primer for Chip Developer's", ARM Partner's Meeting, St. John's College, Cambridge, UK, August 2006. |
| | 25. "The Transition to Digital TV: Prevention of Unauthorized Redistribution", SET (Brazilian Society of Television and Telecommunications Engineering) Conference, Sao Paulo, and seminars in Brasilia and Buenos Aires, August 2006. |
| | 26. "A Promising Future: Content Protection and Anti-Piracy", SMPTE Motion Imaging Journal, September 2006, pp. 334-341. |
| | 27. "Content Protection/Piracy", Session Chair, SMPTE Technical Conference, Hollywood, October 2006. |
| | 28. "Views from Hollywood: Offering Consumers Choice through Digital Cable TV", European Cable Congress, Amsterdam, February 2007. |
| | 29. "Content Protection – Protecting Digital Broadcast TV", session chair, Asia-Pacific Broadcasting Union (ABU) 2nd International DTV Symposium, Kuala Lumpur, March 2007. |

- 6 -

**EXHIBIT A**
**PAGE 58**

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

| | |
|---|---|
| **Publications (selected, continued)** | 30. "Preserving the Viability of Australian Digital Broadcast TV", Television Industry Forum hosted by University of Melbourne Center for Media and Communications Law, Sydney, Australia, April 2007.<br>31. "Content Protection in the Digital Age", Ernst & Young Partner's Conference, May 2007.<br>32. "Growing collaboration between Hollywood and ISPs", 5th Annual Australian Telecommunications Summit, Sydney, Australia, August 2007.<br>33. "Worldwide Content Protection Systems – Enabling New Choices for Consumers", IBC, Amsterdam, September 2007.<br>34. "New Technical Developments in Content Protection", American-German Copyright Law Summit, Los Angeles, October 2007.<br>35. "Content Protection – Enabling New Choices for Consumers", Digital Future Symposium, Singapore, November 2007.<br>36. "New Media and Distribution", panel moderator, Digital Future Symposium, Singapore, November 2007.<br>37. "Global directions in the use of technology to fight movie theft", keynote address, Independent Cinemas Association of Australia (ICAA), Sydney, Australia, February 2008.<br>38. "Enforcing DMCA on the Web: What's Working, What's Next?", Tech Policy Summit, Hollywood, March 2008.<br>39. "Service Providers and Content Providers Talk the Digital Rights Management Language", NXTCOMM TechThink, Las Vegas, June 2008.<br>40. "Content protection enables consumer choice", Global Forum 2008, Athens, Greece, October 2008.<br>41. "The Dynamics of China's Coming IPTV Revolution", CASBAA Legal Seminar, Hong Kong, October 2008.<br>42. "Free-to-air television protection – a US perspective", World Content Protection Seminar, Tokyo, November 2008.<br>43. "Protecting Copyright in a Digital Age", Korean Copyright Commission, Korean Cultural Center, Los Angeles, November 2008.<br>44. "DRM Implementation in New Media and Entertainment", Digital Hollywood, Consumer Electronics Show, Las Vegas, January 2009.<br>45. "Early collaboration for better security and better consumer experience", HDBaseT technical symposium, Tokyo, January 2009.<br>46. "Interview with Jim Williams – CTO of the MPAA", Thomson Security Newsletter, Spring 2009.<br>47. "Recommendations for Asia-Pacific Digital Televisions Systems", International Telecommunication Union - Asia-Pacific Institute for Broadcasting Development (ITU-AIBD) Workshop on Content Protection, Singapore, June 2009.<br>48. "DRM enables Consumer Choice", Broadcast Asia, Singapore, June 2009.<br>49. "Bringing Early Window Movies into a Networked Home", CommunicAsia, Singapore, June 2011.<br>50. "Privacy of whom from whom? Tradeoffs that consumers seem willing to make (but pirates are not)",  Global Forum 2011, Brussels, Belgium, November, 2011.<br>51. "Technology Piracy and Countermeasures", Moderator, SMPTE Technology Summit for Cinema, NAB conference, April 2012. |

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

## Technical skills attachment

| | |
|---|---|
| **Media Strategies and Solutions** | Areas of expertise include:<br>• Movies, Television, HDTV, UHD, HDR, and Media, in general<br>• Patents, Copyrights, and IP, in general<br>• Internet, Broadband, Mobile, and Telecommunications, in general<br>• Cable, Satellite, IPTV, Internet TV, Over-The-Top (OTT) TV, Adaptive Bitrate Streaming and Distribution<br>• DRM, Conditional Access, Copyright Protection, and Security, in general<br>• MPEG Video, Audio, and Transport, and Other Audiovisual Compression and Communications Algorithms<br>• Piracy, Anti-piracy, Cyber-security Technologies, and Related Copyright Regulations, Laws, and Practices<br>• Consumer Electronics, Computers, Tablets, Phones, and Mobile Electronics<br>• Software, Firmware, Hardware, and ASIC Design, Test, and Deployment<br>• Electrical Engineering, Computer Engineering, and Engineering, in general |
| **Led MPAA activities** | • Worldwide television and movie distribution systems; consumer electronics technologies and products; computer technologies and products; communications technologies; and integrated circuit technologies.<br>• Free-to-air, pay television and electronic sell-through protection technologies and systems including various Conditional Access (CA) systems (e.g., NDS, Nagra and Irdeto), various Digital Rights Management (DRM) systems (e.g., Windows Media DRM and Marlin), Digital Entertainment Content Ecosystem (DECE), the Open Cable system, the free-to-air protection methods, the Cable Plug and Play & tru2way protection regimes and other emerging systems.<br>• Digital link protection technologies, systems and license regimes including Digital Transmission Content Protection (DTCP) and High-bandwidth Digital Content Protection (HDCP).<br>• Digital storage protection technologies, systems, and license regimes including the DVD Content Scramble System (CSS), Advanced Access Content System (AACS) and Content Protection for Recordable Media and Pre-Recorded Media (CPRM / CPPM).<br>• Digital content protection and copy management systems including DVB Content Protection and Copy Management (CPCM), Secure Video Processor (SVP), Motorola's IPRM, SmartRight and IBM's xCP.<br>• Specific standards development activities in the Digital Video Broadcasting (DVB) consortium, the Consumer Electronics Association (CEA), the International Telecommunications Union (ITU), the Advanced Television Systems Committee (ATSC), the Society of Motion Picture and Television Engineers (SMPTE), Digital Living Network Alliance (DLNA) and High-Definition Audio-visual Network Alliance (HANA).<br>• Analog copy protection systems including Macrovision and Dwight Cavendish.<br>• Watermarking and fingerprinting systems and technologies for audio and video in analog and digital forms.<br>• Copy protection and content protection technology testing systems and techniques.<br>• Provided expert witness affidavits to numerous entertainment technology legal cases. |

- 8 -

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

## Technical skills attachment (continued)

| | |
|---|---|
| **Led receiver development team** | - Software included C/C++ coded modules using OO techniques, client/server architecture.  Advanced UI, view TV, PIP, program guide (APG/EPG), digital video recording (DVR/PVR), internet access, web apps, email, enhanced TV (with Wink and ATVEF), customer self help, music, games, ad insertion, data mining, trusted boot, and downloadable applications.<br>- OS included Linux with real-time extensions, MS Windows, NT, and RTOSes.<br>- Middleware included app manager, data broadcast manager, digital rights manager (DRM), X server, Motif, Java and Qt widgets, JVM, browser, HTML renderer, DES/AES encryption manager, an I/O manager and an MSTV framework; performed analysis on OpenTV, Canal+, Liberate, and Spyglass.<br>- Interfaces included IR & RF remotes, V.90 & DSL modems, 1394, HPNA 2.0 home network, USB 1.1, Ethernet and QPSK modulated satellite input.<br>- Hardware included advanced, customized ASICs, 300+ MIPS processors with FPU and MMU, DDR SDRAM, 100GB+ Ultra ATA/66 hard disk drives, multiple QPSK tuner/demods, Reed-Solomon decoders, Viterbi convolutional decoders, DES descramblers, AES encrypt/decrypt, smart cards, 2D/3D graphics engines, PIP, MPEG-2 Main Profile at Main Level and higher video decoders, MPEG-1 Layer 2 audio decoders, Dolby Digital (AC-3) audio decoders, DVI, NTSC video output, S-video outputs, and line audio outputs.  PWBs, chassis, power supplies, fans, and connectors designed for high volume manufacturing. |
| **Led HDTV launch** | - HDTV televisions – 16:9 and 4:3 CRTs, CRT projection displays, DMD displays, Plasma displays working with RCA, Hitachi, Toshiba, Sarnoff, Mitsubishi, Panasonic, Philips, Zenith/LG, HNS, Sony, and Samsung.<br>- HDTV receivers – MPEG-2 video Main Profile at High Level, ITU-R601 and ITU-R709 color format conversion, aspect ratio conversion, letter-boxing and pillar-boxing, MPEG Transport carriage of MPEG video and Dolby Digital 5.1 channel audio, ATSC reception; format display/conversion 1920x1080i, 1280x1080i, 1280x720p, the many others, 3:2 pull-down, MPEG splicing and field inversion recovery.<br>- HDTV broadcast – ATSC conversion, satellite turnaround, DVB to DIRECTV transport transcoding, D5 tapes, custom MPEG HD encoders, post-production telecine and tape format specifications; media library, broadcast operations systems and training, satellite RF uplink system, antenna systems, transponder design, link analysis and edit/QA bays.<br>- HDTV production and post-production for a promotional channel<br>- International HDTV for China – ATSC versus DVB analysis, VSB versus COFDM modulation, video formats, terrestrial versus satellite tradeoffs, PSIP versus SI/EPG; double-hopped US HDTV broadcast over the Pacific via D-5 to PAS-2 to Beijing and received on a commercial RCA HDTV. |
| **Led DIRECTV Japan launch** | - Satellite acquisition/launch, land acquisition and broadcast center construction.<br>- Broadcast center included two remote encoding sites supporting the main center in Otemachi, Japan.  The Fillmore, CA center used satellite backhaul.  The Tokyo center used OC-3 fiber backhaul.  The broadcast center also received individual channels via satellite backhaul and physical media (tapes).<br>- DVB based digital video broadcast architecture using SI/EPG, MPEG-2 video, MPEG-1 Layer 2 audio, NDS security, Panasonic receivers, Sony broadcast center integration and wiring, Sunup traffic and Sunup/Sony automation systems, video servers, media library systems, RF uplink, Ku-band satellites and 18 inch dishes, to name a small number of the system components. |

- 9 -

# Jim C. Williams

3259 Silver Maple Drive, Yorba Linda, CA  92886
jimwilliams@mediasands.com
+1-818-633-5181

## Technical skills attachment (continued)

| | |
|---|---|
| **Led multi-user systems engineering** | • QPSK modulation, 32-,64-, 128-, and 256-QAM modulation, Reed-Solomon, Viterbi convolutional encoding, interleaving, randomization/scramblers, transport repacketization, RF design, apartment complex mini-headend and remote receiver system design, mini-HITS system.<br>• QAM receivers, cable distribution.<br>• QPSK receivers, L-band up- and down-conversion, L-band distribution RF design, amplifiers, splitters, taps, attenuation non-linearities, SMATV.<br>• Tracking antennas for aircraft using GPS and INS systems.<br>• Wireless distribution, 60GHz techniques, 5GHz techniques. |
| **Led multimedia IR&D** | • MPEG-1 and MPEG-2 audio, video, systems compression and encoding, H.261 video coding, DSM-CC storage and retrieval expression, MPEG-4 object based compression, MPEG-7 object expression, JPEG still picture compression, JBIG lossless compression, MHEG multimedia encoding, PREMO multimedia presentation, CGM and PHIGS graphics specifications, IPI image processing specification, NIST image compression.  Active member in these standards committees.  Chaired US JBIG committee and headed US delegation.<br>• Image processing and target recognition algorithms.<br>• Image transmission techniques for remote acquisition, local networking using FDDI and Ethernet, and secondary dissemination.<br>• Image display techniques for military, air traffic control and air defense systems.<br>• HDTV display research and DARPA proposals.<br>• Electronic cinema research and ARPA proposals.<br>• Founded/chaired Digital Media Distribution Technical Committee of the World Airline Entertainment Association to define delivery format for MPEG movies. |
| **Designed ASICs** | • The Multi-Cogenerator (MCG) was an error-free design that was the largest gate array ever built upon completion.  I designed the line, character, conic, texture and filled polygon circuits for this graphics engine.<br>• Designed memory management functions on another IC.<br>• Designed an advanced radar image processor. |
| **Designed hardware** | • MPEG codec<br>• Framegrabber and Image Processor<br>• Color video generator and high resolution display driver<br>• Area fill controller card<br>• Bit-slice I/O controller<br>• Radar display generator<br>• NTDS Slow controller and multiple associated interface cards<br>• NTDS Fast tester unit<br>• Seven card set (3 different designs) to expand memory in an Apple II computer. |
| **Designed software** | • Pascal radar and image processing algorithms<br>• x86 assembly language SW suite for command and control workstations<br>• Bit-slice assembly and machine coding for timing critical I/O processing<br>• Assembly language coding for torpedo sonar array testing |