MICHAEL A. JACOBS (CA SBN 111664)
THOMAS J. PARDINI (CA SBN 313401)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mjacobs@mofo.com; tpardini@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
RYAN J. MALLOY (CA SBN 253512)
SOO J. PARK (CA SBN 300988)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
bfox@mofo.com; rmalloy@mofo.com;
spark@mofo.com

Attorneys for Plaintiff/Defendants
QUIBI HOLDINGS, LLC, WNDRCO
HOLDINGS, LLC, QBI HOLDINGS, LLC,
NEW QBI, LLC, JEFFREY KATZENBERG,
CLIFTON L. SMITH, JR., JOSEPH
BURFITT, ROBERT A. POST, JR., ERIC
BUEHL, and BLAKE BARNES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUIBI HOLDINGS, LLC,<br><br>                  Plaintiff,<br><br>     v.<br><br>INTERLUDE US, INC. d/b/a EKO; and JBF INTERLUDE 2009 LTD. – ISRAEL,<br><br>                  Defendants, | Case No.: 2:20-CV-02250-CAS-SK<br><br>**QUIBI'S NOTICE OF MOTION AND MOTION TO COMPEL AMENDED RESPONSES TO QUIBI'S REQUESTS FOR ADMISSION**<br><br>[Discovery Document: Referred to Magistrate Judge Steve Kim]<br><br>Judge:   Hon. Steve Kim<br>Date:    March 17, 2021<br>Time:    10:00 AM<br>Crtrm:   540 |

| | | |
|---|---|---|
| 1 | JBF INTERLUDE 2009 LTD and INTERLUDE U.S., INC., d/b/a EKO, | Case No.: 2:20-CV-02299-CAS-SK (CONSOLIDATED) |
| 2 | | |
| 3 | Plaintiffs, | Fact Discovery Cutoff: Sept. 14, 2021 |
| 4 | v. | Expert Discovery Cutoff: Jan. 11, 2022 |
| 5 | QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC BUEHL, AND JEFFREY KATZENBERG, | |
| 6 | | Pretrial Conference: March 28, 2022 |
| 7 | | Trial: April 19, 2022 |
| 8 | Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on March 17, 2021 or as soon thereafter as the matter may be heard, in Courtroom 540 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, California, the Honorable Steve Kim presiding, Quibi Holdings, LLC and the individual defendants ("Quibi"), in accordance with Civil Local Rules 37-1 and 37-2, move to compel proper responses to or deem admitted Eko's responses to Quibi's First and Second Sets of Requests for Admission Nos. 1-2, 26, 28, 36, 39-40, 50-51, 55, 61-64, 66-67, 74, 76, 78, 80, 82, 86, 88, and 96.  Quibi also requests an award of its reasonable fees incurred in bringing this motion.  Fed. R. Civ. P 37(a)(5).

The grounds for this motion are that Eko's answers to Quibi's First and Second Sets of Requests for Admission fail to comply with the Federal Rules, as explained in Quibi's portion of the accompanying Joint Stipulation.

This motion is made following several conferences of counsel pursuant to Local Rule 37-1, the last of which took place on December 23, 2020.

Dated: February 22, 2021        MORRISON & FOERSTER LLP

By: */s/ Benjamin J. Fox*
Benjamin J. Fox

Attorneys for Plaintiff/Defendants QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, JEFFREY KATZENBERG, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., ERIC BUEHL, and BLAKE BARNES

1