# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL 'O'

| Case No. | 2:20-CV-02299-CAS (SKx) <br> 2:20-CV-02250-CAS (SKx) | Date | May 6, 2021 |
|---|---|---|---|
| Title | JBF INTERLUDE 2009 LTD, ET AL. v. QUIBI HOLDINGS LLC, ET AL. <br> QUIBI HOLDINGS LLC, ET AL. v. INTERLUDE U.S., INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Not Present

Attorneys Present for Defendants:
Not Present

**Proceedings:** (IN CHAMBERS) - QUIBI'S MOTION FOR SANCTIONS ON EKO'S IMPLIED CONTRACT CLAIM (Case No. 2:20-cv-02299 ECF No. 511; Case No. 2:20-cv-02250 ECF No. 349; filed May 5, 2021)

The Court is in receipt of Quibi's motion for sanctions on Eko's implied contract claim, filed May 5, 2021. Case No. 2299 ECF No. 511; Case No. 2250 ECF No. 349. Quibi asks the Court to impose sanctions, including dismissal of Eko's implied contract claim and attorneys' fees, pursuant to Federal Rule of Civil Procedure 11. Quibi's motion is brought on the grounds that Eko's allegation that its CEO disclosed "non-public" information to defendant Jeffrey Katzenberg at a March 2017 meeting has "no factual basis" and has "exposed Mr. Katzenberg, WndrCo, and Quibi to substantial expense and harassment." Id. at 1.

The Court does not require further briefing on this motion, and takes this matter under submission. The Court concludes that this matter is better decided at the conclusion of this case, and **DENIES** the motion without prejudice to its being renewed at that time.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |